IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DONNAYA PRESBERRY,**

    Plaintiff,

vs.

**LIBERTY NATIONAL LIFE INSURANCE COMPANY ET AL**

    Defendant.

Assigned to:  Magistrate Judge Patricia L. Dodge

Civil Action No. **2:22-cv-01402-PLD**

## REPORT OF NEUTRAL

A Mediation session was held in the above captioned matter on March 29, 2023.

The case (please check one):
  __X__ has resolved
  _____ has resolved in part (see below)
  _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

    /s/Louis B. Kushner
    Signature of Neutral

Dated: 4/3/23

Rev. 09/11

4891-7909-5131, v. 1/