**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONNAYA PRESBERRY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:22-cv-01402-PLD |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY NATIONAL LIFE | ) | Magistrate Judge Patricia L. Dodge |
| INSURANCE COMPANY and GLOBE | ) | |
| LIFE LIBERTY NATIONAL DIVISION: | ) | |
| THE KELLER AGENCIES | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The parties, through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that Plaintiff's Complaint and all claims therein against all Defendants in the above-captioned action be dismissed *with prejudice*, with each party to bear its own costs.

Dated: May 9, 2023                                  Respectfully submitted,


*/s/ Stephanie L. Solomon*                          */s/ Christina M. Janice*
Stephanie L. Solomon                                Kenneth J. Yerkes
HKM EMPLOYMENT ATTORNEYS LLP                        BARNES & THORNBURG LLP
220 Grant Street                                    11 South Meridian Street
Suite 401                                           Indianapolis, IN 46204
Pittsburgh, PA 15219                                317-231-7513
412.760.7802                                        Fax: 317-231-7433
ssolomon@hkm.com                                    ken.yerkes@btlaw.com


*Attorney for Plaintiff*                            Christina M. Janice
                                                    BARNES & THORNBURG LLP
                                                    171 Monroe Ave., NW
                                                    Suite 1000
                                                    Grand Rapids, Michigan 49503
                                                    616-742-3940
                                                    Fax: 616-742-3999
                                                    christina.janice@btlaw.com
                                                    *Attorneys for Defendants*